# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:07cr71-SPM

CHARLES FARIS, III,

      Defendant.
_____/

## ORDER OF COMPETENCY

THIS CAUSE came before the Court for review of the forensic report of Defendant's psychological evaluation (doc. 21) conducted pursuant to 18 U.S.C. § 4247. In the report, the psychologist provides a detailed summary of his evaluation of Defendant and concludes that Defendant is competent to stand trial. Having reviewed the report, the Court agrees with this conclusion and makes a finding, without further hearing[1], that Defendant is competent. All reasonable doubts have been dispelled as to Defendant's ability to understand the nature and consequences of the proceedings against him and to assist

---

[1] See Cheely v. United States, 367 F.2d 547, 548-49 (5th Cir. 1966) (hearing on issue of defendant's mental competence not required when report indicates that the defendant is competent); United States v. Jones, 23 F.3d 1307, 1309 (8th Cir. 1994) (same). If either party, however, still has reason to question Defendant's competency to stand trial, the party may file a motion requesting a competency hearing, at which time the Court will reconsider the matter.

properly in his defense.

SO ORDERED this 16th day of January, 2008.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge