**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO.: 4:07cr71-SPM

CHARLES S. FARIS, III,

      Defendant.
_____/

**ORDER DENYING MOTION TO ACT AS CO-COUNSEL**

      This cause comes before the Court on "Motion for Defendant to Act as Co-counsel" (doc. 28) and the Government's response (doc. 32).  As grounds for his request, Defendant states that he desires the opportunity to give a opening and closing statements in order to present himself as a person and to connect with the jurors on a human level.  Defendant is concerned that with the intense media scrutiny that has been given to these types of cases combined with the graphic and offensive evidence that may be shown during this trial will make it difficult for the jurors to see him as a person.  Defendant hopes that in having an opportunity to speak to the jurors on his own behalf, he can offset the disadvantages that may arise as a result of these allegations.  The Government responds that Defendant's request is unnecessary, runs the risk of confusing the jury and may complicate and delay the trial.  This Court agrees.

Defendant accurately states that there is no right to proceed in his case as co-counsel. <u>Cross vs. United States</u>, 893 F. 2d 1287, 1292 (11th Cir. 1990). Any facts that Defendant can offer can be provided by his counsel during opening statements. Any argument offered during opening statements would be inappropriate and subject to this Court's control. <u>United States v. Lizon-Barias</u>, 252 Fed. Appx. 976, 978 (11th Cir. 2007) ("An opening statement . . . is not an occasion for argument.") Additionally, navigating the nuances of litigation and acceptable courtroom behavior while managing Defendant's inherent emotional investment in the case are significant hurdles to successful self-representation, even when assisted by counsel. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's motion to act as co-counsel is *denied*.

**DONE AND ORDERED** this <u>fourth</u> day of April, 2008.


   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge