**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:07cr71-SPM

CHARLES S. FARIS, III,

      Defendant.
_____/

## ORDER CONTINUING TRIAL

Pending before the Court is Defendant's motion to continue trial (doc. 40).  The Government does not oppose the granting of this motion.

Finding good cause for the postponement, it is hereby

ORDERED AND ADJUDGED as follows:

1. The motion to continue trial (doc. 40) is hereby *granted*.

2. Trial is continued to **Monday, June 16, 2008 at 8:30 a.m.** in Tallahassee, Florida.

DONE AND ORDERED this fourteenth day of May, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge