**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:07cr71-SPM

CHARLES S. FARIS, III,

                Defendant.
_____/

## ORDER OF REFERENCE

        The court has been informed that the defendant in the above styled case

wishes to enter a guilty plea to Count Three of the indictment and consents to

having the guilty plea proceedings for Count Three conducted by a United States

Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Local

Rule 72.3, it is hereby

        ORDERED that the above captioned criminal case be referred to the

Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all

of the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to a guilty plea and to make a recommendation to the District

Judge concerning acceptance or rejection of the guilty plea.

        DONE AND ORDERED this fifth day of June, 2008.


        _s/ Stephan P. Mickle_____
        Stephan P. Mickle
        United States District Judge