IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 4:07-cr-71-RS-EMT

CHARLES S. FARIS, III,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 126) and Defendant's Objections (Doc. 129). I have considered Defendant's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Court reconsidered Defendant's sentence, however, the relief requested in his motion to vacate, set aside, or correct sentence (Doc. 160) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on July 19, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**